Eddy Salcedo, Esq. (ES-3391)
Melissa Starcic, Esq. (MS-0885)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

*Attorneys for Defendant Paul Galligan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SARA J. VAN DYKE                        :
                                        :
                                        :
            Plaintiff,                  :
                                        :   Civil Action No.: 12 CV 8354 (GBD)
    v.                                  :
                                        :
                                        :   **NOTICE OF MOTION**
                                        :
Partners of DEBEVOISE & PLIMPTON LLP,   :
BREAKING MEDIA, INC., PAUL GALLIGAN,    :
and DOES 1-6,                           :
                                        :
            Defendant.                  :
                                        :
------------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law in Support of Defendant Paul Galligan's Motion to Dismiss, the Declaration of Eddy Salcedo together with the exhibit annexed thereto, and upon all of the papers and proceedings herein, Defendant Paul Galligan, by his attorneys Seyfarth Shaw LLP, will move this Court in the forenoon on the 22nd day of January, 2013, or at any other date to be determined by the Court, before the Honorable George B. Daniels, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing Plaintiff

15109792v.1

Sara J. Van Dyke's Complaint, dated November 15, 2012, as against defendant Paul Galligan for failure to state a claim upon which relief may be granted and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall serve and file an opposition to this motion on or before January 10, 2013.

Dated: New York, New York
December 20, 2012

SEYFARTH SHAW LLP

By: _____
Eddy Salcedo, Esq. (ES-3391)
Melissa Starcic, Esq. (MS-0885)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

*Attorneys for Defendant Paul Galligan*

2

15109792v.1