UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SARA J. VAN DYKE                                         :
                                                         :
                                                         :
                  Plaintiff,                             :
                                                         :  Civil Action No.: 12 CV 8354 (GBD)
         v.                                              :
                                                         :
                                                         :
                                                         :
                                                         :
Partners of DEBEVOISE & PLIMPTON LLP,                    :
BREAKING MEDIA, INC., PAUL GALLIGAN,                     :
and DOES 1-6,                                            :
                                                         :
                  Defendant.                             :
                                                         :
------------------------------------------------------------x

## DECLARATION OF EDDY SALCEDO, ESQ.

EDDY SALCEDO, ESQ., being duly sworn, hereby declares under penalty of perjury:

      1.    I am an associate of the law firm of Seyfarth Shaw LLP, attorneys for defendant Paul Galligan ("Galligan") in the above-captioned action. This Declaration is respectfully submitted in support of Galligan's Motion to Dismiss plaintiff Sara J. Van Dyke's ("Plaintiff") Complaint, dated November 15, 2012 (the "Complaint"), with prejudice as against Galligan. I know the facts testified to in this Declaration to be true based on my own personal knowledge and a review of the documents.

      2.    Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Complaint.

      3.    For the reasons set forth in the accompanying memorandum of law, it is respectfully submitted that this motion should be granted in its entirety.

4.  I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on: New York, New York
December 20, 2012

_____
EDDY SALCEDO

15109708v.1