## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK )

CAROL CAMERON, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the County of Suffolk, State of New York. I am employed by Seyfarth Shaw LLP.

On December 20, 2012, I served true copies of the annexed **NOTICE OF MOTION, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT PAUL GALLIGAN'S MOTION TO DISMISS, and DECLARATION OF EDDY SALCEDO, ESQ., together with Exhibit A** upon the party listed below *via* Federal Express, priority overnight delivery, at the address designated by them:

TO:   Sara J. Van Dyke, Esq. *pro se*
         20 East 35th Street, Apt. 14L
         New York, New York 10016

_____
CAROL CAMERON

Sworn to before me this
20th day of December, 2012

_____
Notary Public

CAROLYN A. YLAGAN
Notary Public, State of New York
No. 01YL6064831
Qualified in Kings County
Commission Expires Oct. 1, 2013

15125603v.1 / 99999-003465