AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_Sara J. Van Dyke_ )
_____ )
*Plaintiff* )
)
v. )   Civil Action No.
)
_Partners of Debevoise + Plimpton LLP_ )
*Defendant* )
_Breaking Media, Inc., Paul Galligan,_
_and Does 1-6_

**JUDGE DANIELS**

**12 CV 8354**

**SUMMONS IN A CIVIL ACTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 / 19 / 12

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Pro se, Sara J. Van Dyke, 20 East 35th Street,_
_Apt. 14L, New York, New York 10016_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:  NOV 15 2012  _____         _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Sara J. Van Dyke )
_____ )
*Plaintiff* )
v. )
)
Partners of Debevoise + Plimpton LLP )
*Defendant* )
Breaking Media, Inc., Paul Galligan, )
and Does 1-6 )

**JUDGE DANIELS**

**12** Civil Action No. **CV 8354**

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Partners of Debevoise + Plimpton LLP
919 Third Avenue
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro se, Sara J. Van Dyke, 20 East 35th Street,
Apt. 14L, New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: NOV 15 2012

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  **12 CV 8354**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **PARTNERS OF DEBEVOISE & PLIMPTON LLP**

was received by me on *(date)*  **11/27/2012**  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  **LAKEESHA WHITE**  , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

**PARTNERS OF DEBEVOISE & PLIMPTON LLP**  on *(date)*  **December 06, 2012** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
**Description:- Sex: Female - Skin: Black - Hair: Black - Age: 35 - Height: 5'4"-5'8" - Weight: 141-160 lbs - Oth**

My fees are $ **0.00**  for travel and $ **0.00**  for services, for a total of $ **0.00**  .

I declare under penalty of perjury that this information is true.

Date: **December 18, 2012**

_____
*Server's signature*

**IRVIN GARTENSTEIN - Process Server**
*Printed name and title*

**369 LEXINGTON AVE (SUITE 221), NEW YORK, NY 10017**
*Server's address*

Additional information regarding attempted service, etc: