# UNITED STATES DISTRICT COURT
for the

Sara J. Van Dyke
_____
Plaintiff

v.

Partners of Debevoise + Plimpton LLP
_____
Defendant
Breaking Media, Inc., Paul Galligan,
and Does 1-6

Civil Action No. 12 CV 8354

JUDGE DANIELS

## SUMMONS IN A CIVIL ACTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/12

To: *(Defendant's name and address)*

Breaking Media, Inc.
611 Broadway, Suite 907D
New York, NY 10012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro se, Sara J. Van Dyke, 20 East 35th Street, Apt. 14L, New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: NOV 15 2012

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. **12 CV 8354**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BREAKING MEDIA, INC.** was received by me on *(date)* **11/27/2012**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **MARILYN KAI**, who is designated by law to accept service of process on behalf of *(name of organization)* **BREAKING MEDIA, INC.** on *(date)* **December 05, 2012** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
**Description:- Sex: Female - Skin: Asian - Hair: Black - Age: 25 - Height: 5'0"-5'3" - Weight: 100-120 lbs - Ot**

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **December 18, 2012**

_____
*Server's signature*

**IRVIN GARTENSTEIN - Process Server**
*Printed name and title*

**369 LEXINGTON AVE (SUITE 221), NEW YORK, NY 10017**
*Server's address*

Additional information regarding attempted service, etc: