Jeffrey Craig Miller
Miller Korzenik Sommers LLP
488 Madison Avenue, Suite 1120
New York, NY 10022
Telephone: (212) 752-9200
Facsimile: (212) 688-3996

Attorney for Defendant
*Breaking Media, Inc*



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA J. VAN DYKE,<br><br>Plaintiff,<br><br>v.<br><br>Partners of DEBEVOISE & PLIMPTON LLP, BREAKING MEDIA, INC, PAUL GALLIGAN, And DOES 1 – 6,<br><br>Defendants | Case No. 12-CV-8354<br>Judge Daniels<br><br>**STIPULATION FOR EXTENSION OF TIME DEFENDANT BREAKING MEDIA, INC. TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Sara J. Van Dyke, Plaintiff *Pro Se* and counsel for Defendant Breaking Media, Inc. that the time of Defendant Breaking Media, Inc. to answer, move or otherwise respond to the Complaint shall be extended to and including January 14, 2013.

Dated: December 21, 2012

New York, New York

_Sara J. Van Dyke_
Sara J. Van Dyke
Plaintiff, Pro Se
20 East 35th Street, Apt. 14L
New York, NY 10016
(212) 725-2706
sjvdnyc@hotmail.com

MILLER KORZENIK SOMMERS LLP

By: _____
Jeffrey Craig Miller (JM0046)
488 Madison Avenue, Suite 1120
New York, NY 10022
Attorneys for Defendant
Breaking Media, Inc.

SO ORDERED DEC 28 2012

_George B. Daniels_
UNITED STATES DISTRICT JUDGE