UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SARA J. VAN DYKE,

            Plaintiff,

  -against-

PARTNERS OF DEBEVOISE & PLIMPTON
L.L.P., BREAKING MEDIA, INC., PAUL
GALLIGAN, DOES 1-6,

            Defendants.

------------------------------------x

ORDER

12 CV 8354 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Discovery is stayed until the initial Court conference on January 22, 2013.

Dated: New York, New York
       January 11, 2013

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge