## CERTIFICATE OF SERVICE

I, Itai Maytal, associate attorney with Miller Korzenik Sommers LLP, attorneys for defendant Breaking Media, Inc., certify:

On January 14, 2013, I served copies of the within Notice of Motion to Dismiss, Memorandum of Law, Declaration of John Lerner and exhibits thereto and Notice of Appearance of Itai Maytal by Federal Express to the other parties in this action, or their counsel, at the following addresses:

Sara J. Van Dyke, Esq.
20 E. 35th Street, Apt. 14L
New York, NY 10016
*Pro* Se *Plaintiff*

Edwin G. Schallert, Esq.
Vanessa De Simone, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
*Counsel for Defendant Partners of*
*DEBEVOISE & PLIMPTON LLP*

Eddy Salcedo, Esq.
Melissa Starcic, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 100018
*Counsel for Defendant Paul Galligan*

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2013.

/s/ Itai Maytal