UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------, x
:
Sara J. Van Dyke,    :
                 Plaintiff,    :
:
:    ORDER OF REFERENCE
:    TO A MAGISTRATE JUDGE
-v-    :
:    12 Civ. 8354 (GBD)(RLE)
:
Partners of Debevoise & L.L.P., et al.,    :
                 Defendants.    :
:
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 17 2013

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Defendants' Motions to Dismiss [D.E. Nos. 5, 16, and 22]

Dated: January 17, 2013

SO ORDERED:

*George B. Daniels*
United States District Judge