USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 17 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SARA J. VAN DYKE,

                Plaintiff,

     -against-

PARTNERS OF DEBEVOISE & PLIMPTON
L.L.P., BREAKING MEDIA, INC., PAUL
GALLIGAN, DOES 1-6,

                Defendants.

------------------------------------- x

ORDER

12 CV 8354 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

    The conference in this matter scheduled for January 22, 2013 is canceled. Discovery is stayed pending resolution of Defendants' Motions to Dismiss, which are referred to Magistrate Judge Ellis.

Dated: New York, New York
       January 17, 2013

                                        SO ORDERED:

                                        *George B Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge