PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/13

Sara J. Van Dyke
Plaintiff,

-against-

Partners of Debevoise
+ Plimpton LLP et al
Defendant(s).

Docket Number:

No. 12-CV-8354 (GBD)
(RLE)

**Motion for Permission for Electronic Case Filing**

As the (Plaintiff/Defendant) *pro se* Sara J Van Dyke in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

*need this* → 2. I have completed the Court's CM/ECF introduction course.

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that e-mail is not foolproof, and therefore, I must regularly review the docket sheet of the case so that I do not miss a filing.

5. I have regular access to the technical requirements necessary to e-file successfully:

   [✓] A computer with internet access;
   [✓] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   [✓] A scanner to convert documents that are only in paper format into electronic files;
   [✓] A printer or copier to create to create required paper copies such as chambers copies;
   [✓] A word-processing program to create documents; and
   [✓] A pdf reader and a pdf writer to convert word-processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: Jan 24-2013   Signature: [signed]
Name: Sara J Van Dyke
Address: 20 E 35th St, Apt 14L
New York NY 10016
Phone Number: 212 725 2706
E-mail Address: sjvdnyc@hotmail.com

So Ordered:

_____
U.S. District Judge / U.S. Magistrate Judge