```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SARA J. VAN DYKE,

         Plaintiff,

   -against-

Partners of DEBEVOISE & PLIMPTON LLP,
BREAKING MEDIA, INC., PAUL GALLIGAN,
and DOES 1-6,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12 Civ. 8354 (GBD) (RLE)

ECF Case

**STIPULATION FOR EXTENSION OF TIME TO REPLY**

It is hereby stipulated and agreed that Defendant Debevoise & Plimpton LLP's ("Debevoise") time to reply to Plaintiff's Affirmation in Opposition to Debevoise's Motion to Dismiss, served by Plaintiff on January 18, 2013, shall be extended to January 31, 2013.

Dated: New York, New York
    January 23, 2013

*[signature]*

Sara J. Van Dyke
20 E. 35th Street, Apt. 14L
New York, NY 10016

*Pro se plaintiff*

DEBEVOISE & PLIMPTON LLP

By: *[signature]*

Vanessa De Simone
vsdesimo@debevoise.com
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Debevoise & Plimpton LLP*

SO ORDERED *[signature]* 1-30-13

23824845v1