Daniels, G.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARA J. VAN DYKE,

    Plaintiff,

v.

Partners of DEBEVOISE & PLIMPTON LLP,
BREAKING MEDIA, INC, PAUL GALLIGAN,
And DOES 1 – 6,

    Defendants.

Case No. 12-CV-8354 (GBD)(RLE)

ECF Case

**STIPULATION
FOR EXTENSION OF TIME
FOR DEFENDANT
BREAKING MEDIA, INC.
TO REPLY**

---

IT IS HEREBY STIPULATED AND AGREED that Defendant Breaking Media, Inc.'s ("Breaking Media") time to reply to Plaintiff's Affirmation in Opposition to Breaking Media's Motion to Dismiss, served on February 4, 2013, shall be extended to and including February 19, 2013.

Dated: February 7, 2013
New York, New York

*Sara J. Van Dyke /sp/*
Sara J. Van Dyke
20 East 35th Street Apt. 14L
New York, NY 10026
(212) 725-2706
sjvdnyc@hotmail.com

*Pro se plaintiff*

MILLER KORZENIK SOMMERS LLP

By: _____
Jeffrey Craig Miller (JM0046)
488 Madison Avenue, Suite 1120
New York, NY 10022
(212) 752-9200
jmiller@mkslex.com

*Attorneys for Defendant
Breaking Media, Inc.*

SO ORDERED: *Ronald* 2-13-13