USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA J. VAN DYKE,<br><br>Plaintiff,<br><br>-against-<br><br>Partners of DEBEVOISE & PLIMPTON LLP, BREAKING MEDIA, INC., PAUL GALLIGAN, and DOES 1 - 6,<br><br>Defendants | Magistrate Judge Ellis<br><br>Civil Action No. 12 CV 8354<br><br>**AFFIRMATION OF SERVICE** |

I, Sara J. Van Dyke, declare under penalty of perjury that I have served a copy of the attached amended Proof of Service upon:

Eddy Salcedo and Melissa Starcic of Seyfarth Shaw LLP, attorneys for defendant Paul Galligan, whose address is 620 Eighth Avenue, New York, New York, 10018, via first class mail;

Edwin G. Schallert and Vanessa De Simone of Debevoise & Plimpton LLP, whose email addresses are egschall@debevoise.com and vsdesimo@debevoise.com, respectively, via electronic delivery; and

Jeffrey Craig Miller and Itai Maytal of Miller Korzenik Sommers LLP, attorneys for defendant Breaking Media, Inc., whose email addresses are jmiller@mkslex.com and imaytal@mkslex.com, respectively, via electronic delivery.

Dated: February 13, 2013
       New York City, New York

By: *[signature: Sara J. Van Dyke]*

Sara J. Van Dyke

Sara J. Van Dyke, pro se
20 East 35th Street, Apt. 14L
New York, New York  10016
(212) 725-2706 *phone, fax*
sjvdnyc@hotmail.com *email*