# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

March 22, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-13

**BY HAND**

Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Van Dyke v. Partners of Debevoise & Plimpton LLP, et. al.**
**No. 12-CV-8354 (GBD)(RLE)**

Dear Judge Ellis:

I am one of the counsel of record for Defendant Debevoise & Plimpton LLP ("Debevoise") in the above-captioned matter. I am writing to request the Court's memo endorsement of my withdrawal from the case, because I am leaving Debevoise effective March 22, 2013.

Edwin Schallert will continue to serve as counsel for Debevoise. My withdrawal will not result in any delay or undue prejudice to any party.

Thank you for your consideration.

Respectfully yours,

Vanessa De Simone

SO ORDERED:

Ronald L. Ellis, U.S.M.J.
Date: 3-25-13

Cc:   Sara J. Van Dyke, Pro Se Plaintiff

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai