USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA J. VAN DYKE,

            Plaintiff,

- against -

PARTNERS OF DEBEVOISE & PLIMPTON LLP,
BREAKING MEDIA, INC., PAUL GALLIGAN, and
DOES 1-6,

            Defendants.

ORDER

12 CV 8354 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Before the Court is *pro se* Plaintiff Sarah J. Van Dyke's motion for permission for electronic case filing. *See* Docket No. 32. Her application indicated that she did not complete the required CM/ECF introduction course. *Id.* Van Dyke also failed to submit an affirmation of service, which must accompany the motion. Her motion is, therefore, **DENIED**, with leave to resubmit her application once the deficiencies have been cured. This Order addresses Docket Entry Number 32.

**SO ORDERED this 17th day of July 2013**
New York, New York

*/s/ Ronald Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge