SCANNED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 8/1/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA J. VAN DYKE, <br><br> Plaintiff, <br><br> -against- <br><br> Partners of DEBEVOISE & PLIMPTON LLP, BREAKING MEDIA, INC., PAUL GALLIGAN, and DOES 1 - 6, <br><br> Defendants | Magistrate Judge Ellis <br><br> Civil Action No. 12 CV 8354 (GBD)(RLE) <br><br> **SECOND MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |

    As the Plaintiff pro se Sara J. Van Dyke in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I have completed the Court's CM/ECF introduction course on-line.

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that e-mail is not foolproof, and therefore, I must regularly review the docket sheet of the case so that I do not miss a filing.

5. I have regular access to the technical requirements necessary to e-file successfully:

    [x]    a computer with internet access;

    [x]    an email account on a daily basis to receive notifications from the Court and notices from the e-filing system;

RECEIVED AUG -1 2013 PRO SE OFFICE

| | |
|---|---|
| [x] | a scanner to convert documents that are only in paper format into electronic files; |
| [x] | a printer or copier to create required paper copies such as chamber copies; |
| [x] | a word-processing program to create documents; and |
| [x] | a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed. |

6. My first motion for permission for electronic case filing (*see* Docket No. 32) was denied because I did not complete the required CM/ECF introduction course and did not submit an affidavit of service. *See* Docket Entry Number 48. Having taken the required CM/ECF course (*see* #2 above), I am resubmitting this application, with the attached affirmation of service.

Dated: August 1, 2013
New York City, New York

By: *[signature]*

Sara J. Van Dyke

Sara J. Van Dyke, pro se
20 East 35th Street, Apt. 14L
New York, New York  10016
(212) 725-2706 *phone, fax*
sjvdnyc@hotmail.com *email*

So Ordered:

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA J. VAN DYKE,<br><br>Plaintiff,<br><br>-against-<br><br>Partners of DEBEVOISE & PLIMPTON LLP, BREAKING MEDIA, INC., PAUL GALLIGAN, and DOES 1 - 6,<br><br>Defendants | Magistrate Judge Ellis<br><br>Civil Action No. 12 CV 8354 (GBD)(RLE)<br><br>**AFFIRMATION OF SERVICE** |

I, Sara J. Van Dyke, declare under penalty of perjury that I have served a copy of the attached letter to Honorable Ronald L. Ellis upon:

Eddy Salcedo and Melissa Starcic of Seyfarth Shaw LLP, attorneys for defendant Paul Galligan, whose address is 620 Eighth Avenue, New York, New York, 10018, and whose email addresses are esalcedo@seyfarth.com and mstarcic@seyfarth.com, via first class mail and electronic delivery;

Edwin G. Schallert of Debevoise & Plimpton LLP, whose email address is egschall@debevoise.com, via electronic delivery; and

Jeffrey Craig Miller and Itai Maytal of Miller Korzenik Sommers LLP, attorneys for defendant Breaking Media, Inc., whose email addresses are jmiller@mkslex.com and imaytal@mkslex.com, respectively, via electronic delivery.

Dated: August 1, 2013
       New York City, New York

By: *[signature: Sara J. Van Dyke]*

Sara J. Van Dyke

Sara J. Van Dyke, pro se
20 East 35th Street, Apt. 14L
New York, New York  10016
(212) 725-2706 *phone, fax*
<u>sjvdnyc@hotmail.com</u> *email*