# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5592

Writer's e-mail
mstarcic@seyfarth.com

September 6, 2013

**By ECF and Hand Delivery**

The Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1970
New York, NY 10007-1312

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007-1312

Re: *Sara J. Van Dyke v. Partners of Debevoise & Plimpton LLP, et al.* **(USDC, SDNY, Case no. 12 CV 8354)**

Dear Judge Ellis and Judge Daniels:

We represent Paul Galligan ("Galligan") in the above-referenced matter. We write in response to plaintiff Sara J. Van Dyke's ("Plaintiff") Objections to Report and Recommendation of The Honorable Ronald L. Ellis, dated September 6, 2013 ("Plaintiff's Objections").

First, we respectfully request that Your Honors reject Plaintiff's Objections as untimely. Judge Ellis's Report and Recommendation (the "Report") was filed and served on all parties by ECF on August 20, 2013 and, pursuant to Rule 72 of the Federal Rules of Civil Procedure, any objections to this Report must be served and filed within fourteen (14) days after service of the Report. Therefore, any objections to the Report were due to be served and filed by September 3, 2013. Plaintiff's Objections were served on September 6, 2013, and "[f]ailure to file timely objections shall constitute a waiver of those objections in both the District Court and on later appeal to the Unites States Court of Appeals." Report at 16 (citations omitted).

LONDON   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

16112271v.1



The Honorable Ronald L. Ellis
The Honorable George B. Daniels
September 6, 2013
Page 2

    Second, Plaintiff's Objections fail to establish that the Report was incorrect in any manner, nor point to any misapprehension of law committed by Judge Ellis. Rather, Plaintiff's Objections are simply a continuation of her baseless accusations and *ad hominem* attacks against the defendants, including Galligan.

    As such, we respectfully request that the Court adopt the Report in full, and accordingly dismiss all claims as against Galligan.

    We remain at the Court's disposition should Your Honors have any questions or desire any further information.

    Thank you.

Respectfully submitted,

SEYFARTH SHAW LLP

Melissa Starcic

cc:    Sara J. Van Dyke (by ECF)
       Edwin G. Schallert (by ECF)
       Itai Maytal (by ECF)
       Jeffrey Craig Miller (by ECF)

16112271v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK