September 9, 2013

BY HAND

The Honorable George B. Daniels, U.S.D.J.
The Honorable Ronald L. Ellis, U.S.M.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

        Van Dyke v. Partners of Debevoise & Plimpton LLP,
        Breaking Media, Inc., Paul Galligan, *et al.*
        No. 12-CV-8354 – (GBD) (RLE)

Dear Judge Daniels and Judge Ellis:

    I am plaintiff pro-se in the above-referenced matter who respectfully submitted my Objections to Report and Recommendation of The Honorable Ronald L. Ellis at the pro se desk on September 6, 2013.  Docket #50 on ECF indicates that these objections were due on September 6, 2013.

    Notwithstanding the letter dated September 6, 2013 of Melissa Starcic of Seyfarth Shaw LLP, filed via ECF (Docket #51), I respectfully request that Your Honors consider my objections as timely.  I believe the September 6, 2013 date is correct, because the additional 3-day period in Rule 6(d) of the Federal Rules of Civil Procedure would apply.

    I will defer to Your Honors as to whether my Objections are merely "baseless accusations" and "*ad hominem*" attacks, or have persuasive value under the law.

                                                      Respectfully submitted,

                                                      */s/ Sara J. Van Dyke*

                                                      Sara J. Van Dyke, pro se
                                                      20 East 35th Street, Apt. 14L
                                                      New York, New York  10016
                                                      (212) 725-2706 *phone and fax*
                                                      sjvdnyc@hotmail.com *email*

[RECEIVED SEP - 9 2013 PRO SE OFFICE]

cc: Edwin G. Schallert, Esq.
*Counsel for Defendant Debevoise & Plimpton LLP (via email)*

Eddy Salcedo, Esq.
Melissa Starcic, Esq.
*Counsel for Defendant Paul Galligan (via email)*

Jeffrey Miller, Esq.
Itai Maytal, Esq.
Miller Korzenik Sommers LLP
*Counsel for Breaking Media, Inc. (via email)*